OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4959 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

July 19, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 02-2252**
     **Witco Corp  vs. Herzog Bros Trkng**
     **D.C. No. 96-mc-00075E**

Dear Mr. Barth:


     Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s).  The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this letter.

     Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.


                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Shannon L. Craven
                              Case Manager

Enclosure
cc:
     David V. Weicht, Esq.
     C. James Zeszutek, Esq.
     Jeff D. Aronsohn Jr., Esq.