OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4959

www.ca3.uscourts.gov

July 19, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 02-2252
    Witco Corp  vs. Herzog Bros Trkng
    D.C. No. 96-mc-00075E

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                    Very truly yours,
                                    MARCIA M. WALDRON
                                    Clerk

                                By: Shannon L. Craven
                                    Case Manager

Enclosure
cc:
    David V. Weicht, Esq.
    C. James Zeszutek, Esq.
    Jeff D. Aronsohn Jr., Esq.

EXHIBIT
D