IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WITCO CORPORATION<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| HERZOG BROTHERS TRUCKING INC.,<br>Defendant, | )<br>)<br>)    Misc. No. 96-75 Erie |
| v. | )<br>) |
| NATIONAL CITY BANK OF PENNSYLVANIA<br>Garnishee. | )<br>)<br>) |

## ORDER

AND NOW, this 28th day of July, 2005, the Courts previous Order dated April 3, 2002, having been vacated by the United States Court of Appeals for the Third Circuit by Judgement entered June 10, 2005,

IT IS HEREBY ORDERED THAT Witco's Motion for Summary Judgement (Doc. No. 11) is GRANTED and National City's Motion for Summary Judgment (Doc. No. 17) is DENIED.

Judgment is entered in favor of Witco Corporation.

                                                                s/Sean J. McLaughlin
                                                                SEAN J. MCLAUGHLIN
                                                                UNITED STATES DISTRICT JUDGE

EXHIBIT E