**OFFICE OF THE CLERK**

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4959 |

www.ca3.uscourts.gov

July 19, 2005

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RE: Docket No. 02-2252
    Witco Corp  vs. Herzog Bros Trkng
    D.C. No. 96-mc-00075E

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                         Very truly yours,
                          MARCIA M. WALDRON
                          Clerk

                    By: Shannon L. Craven
                        Case Manager

Enclosure
cc:
    David V. Weicht, Esq.
    C. James Zeszutek, Esq.
    Jeff D. Aronsohn Jr., Esq.

**EXHIBIT D**