IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WITCO CORPORATION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 96-110 ERIE |
| | ) | |
| | ) | Misc. No. 1:96-mc-00075-SJM |
| v. | ) | |
| | ) | |
| HERZOG BROTHERS TRUCKING, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL CITY BANK of Pennsylvania, | ) | |
| | ) | |
| Garnishee | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of National City Bank of Pennsylvania's Motion for Clarification as to When Interest Begins to Accrue on Judgment, as well as National City's Memorandum of Law in Support of its Motion, and any response of Witco Corporation thereto, it is hereby ORDERED, ADJUDGED AND DECREED that the interest on Witco's judgment against National City in the amount of $509,216.52 constitutes only that amount which has accrued at the lawful rate since July 28, 2005.

_____
United States District Judge

00653271.DOC