IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 02-2252

WITCO CORPORATION,
Appellant

v.

HERZOG BROTHERS TRUCKING, INC.,

v.

NATIONAL CITY BANK,
Garnishee

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No.: Misc. No. 96-75 Erie
District Judge: The Honorable Sean J. McLaughlin

Argued January 10, 2003

Before: SCIRICA, *Chief Judge*, BARRY and SMITH, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued on January 10, 2003. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court granting National City Bank's motion for summary judgment on April 3, 2002, be and same hereby is VACATED, and the matter is REMANDED for further proceedings. All in accordance with the opinion of this Court. Costs taxed against the



Exhibit C

Appellee-Garnishee.

ATTEST:

_____
Clerk

Dated: June 10, 2005

Certified as a true copy and issued in lieu
of a formal mandate on July 19, 2005

*Marcia M. Waldron* (signature)

Clerk, U.S. Court of Appeals for the Third Circuit.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WITCO CORPORATION<br>    Plaintiff,<br><br>v.<br><br>HERZOG BROTHERS TRUCKING INC.,<br>    Defendant,<br><br>v.<br><br>NATIONAL CITY BANK OF PENNSYLVANIA<br>    Garnishee. | Misc. No. 96-75 Erie |

## **ORDER**

AND NOW, this 28th day of July, 2005, the Courts previous Order dated April 3, 2002, having been vacated by the United States Court of Appeals for the Third Circuit by Judgement entered June 10, 2005,

IT IS HEREBY ORDERED THAT Witco's Motion for Summary Judgement (Doc. No. 11) is GRANTED and National City's Motion for Summary Judgment (Doc. No. 17) is DENIED.

Judgment is entered in favor of Witco Corporation.

                                                    s/Sean J. McLaughlin
                                                  SEAN J. MCLAUGHLIN
                                                  UNITED STATES DISTRICT JUDGE



Exhibit D