IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WITCO CORPORATION, | ) | CIVIL DIVISION |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION No. 96-110 ERIE |
| | ) | |
| v. | ) | Misc. No. 96-75 ERIE |
| | ) | |
| HERZOG BROTHERS TRUCKING, INC., | ) | |
| | ) | |
| *Defendant,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL CITY BANK of PENNSYLVANIA, | ) | |
| | ) | |
| *Garnishee.* | ) | |

## ORDER

AND NOW this ____ day of _____, 2005, upon consideration of Motion to Liquidate Judgment, it is hereby ORDERED that said Motion is GRANTED. The Judgment against National City Bank of Pennsylvania shall be calculated as follows:

a) Principal Amount                                                    $509,216.52
b) Interest on $509,216.52 from 6/5/96 through
   9/16/05 at 5.62%, compounded annually     $336,941.47
c) Interest on $336,941.47 from 9/17/05 through
   10/11/05 at 5.62%, compounded annually    $1,245.12
d) Interest on $336,941.47 from 10/12/05 through
   _____ at 5.62%, compounded annually       $_____
e) Costs                                                                        $663.47
f) Attorney's fees                                                         $_____

By the Court,

J. _____

7