## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Liquidate Judgment and to Assess Attorney Fees was served this 11 day of October, 2005, by first class United States mail, postage prepaid upon the following:

> C. James Zeszutek, Esquire
> Thorp, Reed & Armstrong
> One Oxford Centre
> 301 Grant Street, 14th Floor
> Pittsburgh, PA 15219-1425

_____