Compound Period ......... : Annual

Nominal Annual Rate .... : 5.620 %

## CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1  Loan | 06/05/1996 | 509,216.52 | 1 | | |
| 2  Payment | 09/16/2005 | 846,157.99 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Loan  06/05/1996 | | | | 509,216.52 |
| 1996 Totals | 0.00 | 0.00 | 0.00 | |
| 1  09/16/2005 | 846,157.99 | 336,941.47 | 509,216.52 | 0.00 |
| 2005 Totals | 846,157.99 | 336,941.47 | 509,216.52 | |
| Grand Totals | 846,157.99 | 336,941.47 | 509,216.52 | |

Exhibit A

Compound Period ......... : Annual

Nominal Annual Rate .... : 5.620 %

## CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 06/05/1996 | 509,216.52 | 1 | | |
| 2 Payment | 09/16/2005 | 509,216.52 | 1 | | |
| 3 Payment | 10/10/2005 | 338,186.59 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Loan 06/05/1996 | | | | 509,216.52 |
| 1996 Totals | 0.00 | 0.00 | 0.00 | |
| 1  09/16/2005 | 509,216.52 | 336,941.47 | 172,275.05 | 336,941.47 |
| 2  10/10/2005 | 338,186.59 | 1,245.12 | 336,941.47 | 0.00 |
| 2005 Totals | 847,403.11 | 338,186.59 | 509,216.52 | |
| Grand Totals | 847,403.11 | 338,186.59 | 509,216.52 | |

Compound Period ......... : Annual

Nominal Annual Rate .... : 5.620 %
Daily Rate ..................... : 0.01540 %

## CASH FLOW DATA

| # | Event | Date | Amount | Number | Period | End Date |
|---|-------|------|--------|--------|--------|----------|
| 1 | Loan | 06/05/1996 | 509,216.52 | 1 | | |
| 2 | Payment | 09/16/2005 | 509,216.52 | 1 | | |
| 3 | Payment | 09/17/2005 | 0.00 | 1 | | |
| 4 | Payment | 10/11/2005 | 338,238.66 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|------|---------|----------|-----------|---------|
| Loan | 06/05/1996 | | | | 509,216.52 |
| 1996 Totals | | 0.00 | 0.00 | 0.00 | |
| 1 | 09/16/2005 | 509,216.52 | 336,941.47 | 172,275.05 | 336,941.47 |
| 2 | 09/17/2005 | 0.00 | 51.88 | 51.88- | 336,993.35 |
| 3 | 10/11/2005 | 338,238.66 | 1,245.31 | 336,993.35 | 0.00 |
| 2005 Totals | | 847,455.18 | 338,238.66 | 509,216.52 | |
| Grand Totals | | 847,455.18 | 338,238.66 | 509,216.52 | |