## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Brief in Support of Motion to Liquidate Judgment and to Assess Attorney's Fees was served this _11_ day of October, 2005, by first class United States mail, postage prepaid upon the following:

> C. James Zeszutek, Esquire
> Thorp, Reed & Armstrong
> One Oxford Centre
> 301 Grant Street, 14th Floor
> Pittsburgh, PA 15219-1425

_____