IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WITCO CORPORATION, | ) | CIVIL DIVISION |
| | ) | |
| *Plaintiff*, | ) | CIVIL ACTION No. 96-110 ERIE |
| | ) | |
| v. | ) | Misc. No. 96-75 ERIE |
| | ) | |
| HERZOG BROTHERS TRUCKING, INC., | ) | |
| | ) | |
| *Defendant*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL CITY BANK of PENNSYLVANIA, | ) | |
| | ) | |
| *Garnishee.* | ) | |

**BRIEF IN OPPOSITION TO MOTION FOR CLARIFICATION
AS TO WHEN INTEREST BEGINS TO ACCRUE ON JUDGMENT**

AND NOW COMES, Plaintiff, by and through its counsel, Leech Tishman Fuscaldo & Lampl, LLC, and hereby respectfully submits the following Brief In Opposition to Motion for Clarification as to When Interest Begins to Accrue on Judgment:

Plaintiff, Witco Corporation, incorporates by reference its Motion to Liquidate Judgment and to Assess Attorney's fees and Brief in Support thereof.

Dated: October 11, 2005

Respectfully submitted,

Leech Tishman Fuscaldo & Lampl, LLC

_____
David V. Weicht, Esquire
PA I.D. #65191

525 William Penn Place, 30th Floor
Pittsburgh, PA 15219

Attorney for Plaintiff,
Witco Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Brief In Opposition to Motion for Clarification as to When Interest Begins to Accrue on Judgment was served this _11_ day of October, 2005, by first class United States mail, postage prepaid upon the following:

> C. James Zeszutek, Esquire
> Thorp, Reed & Armstrong
> One Oxford Centre
> 301 Grant Street, 14th Floor
> Pittsburgh, PA  15219-1425

_____