**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Brief In Opposition to Motion for Clarification as to When Interest Begins to Accrue on Judgment was served this 11 day of October, 2005, by first class United States mail, postage prepaid upon the following:

C. James Zeszutek, Esquire
Thorp, Reed & Armstrong
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425