IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WITCO CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERZOG BROTHERS TRUCKING )<br>INC., )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>NATIONAL CITY BANK OF )<br>PENNSYLVANIA, )<br>)<br>Garnishee. ) | Civil No. 96-110 Erie<br><br>Misc. No. 96-75 Erie |

## **ORDER**

AND NOW, this 12th day of October, 2005, IT IS HEREBY ORDERED that an argument on Garnishee's Motion for Clarification [Doc. No. 29] and Plaintiff's Motion to Liquidate Judgment and to Assess Attorney Fees [Doc. No. 32] will be held before the undersigned on **Thursday, November 10, 2005 at 10:00 a.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA.

s/ Sean J. McLaughlin<br>
United States District Judge

cc: All parties of record.