IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WITCO CORPORATION, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 96-110 ERIE |
| | ) | |
| | ) | Misc. No. 1:96-mc-00075-SJM |
| v. | ) | |
| | ) | |
| HERZOG BROTHERS TRUCKING, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL CITY BANK of Pennsylvania, | ) | |
| | ) | |
| Garnishee | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of Witco Corporation's Motion to Liquidate Judgment and to Assess Attorney's Fees and Brief in Support thereof, and National City Bank of Pennsylvania's Brief in Opposition to Witco's Motion to Liquidate Judgment and to Assess Attorney's Fees, it is hereby ORDERED, ADJUDGED AND DECREED that Witco's Motion is DENIED in its entirety.

It is further hereby ORDERED, ADJUDGED AND DECREED that National City's Motion for Clarification as to When Interest Begins to Accrue on Judgment is GRANTED, and interest on Witco's judgment against National City for $509,216.52 shall only be that amount which has accrued at the lawful rate under 28 U.S.C. § 1961 between July 28, 2005 and September 16, 2005, excluding the first and last days of that time period.

                                                                                    _____
                                                                                    United States District Judge

00657110.DOC